UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| JULIO GARZA<br>　　Plaintiff,<br><br>vs.<br><br>STATE AUTO PROPERTY & CASUALTY<br>INSURANCE COMPANY<br>　　Defendant. | §<br>§<br>§<br>§<br>§　2:15-cv-77<br>§　Civil Action Number<br>§<br>§<br>§<br>§ |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Julio Garza, Plaintiff in the above-entitled and numbered cause, and states to the Court that the Parties have come to a resolution and Plaintiff moves this Court to dismiss this cause against Defendant, State Auto Property & Casualty Insurance Company with prejudice at the cost of the party incurring the same.

　　　　　　　　　　　　　　　　　　　　**Respectfully submitted,**

　　　　　　　　　　　　　　　　　　　　*/s/ Tyler Bleau* w/permission bln
　　　　　　　　　　　　　　　　　　　　Tyler Bleau
　　　　　　　　　　　　　　　　　　　　State Bar No. 24080793
　　　　　　　　　　　　　　　　　　　　The Voss Law Firm, P.C.
　　　　　　　　　　　　　　　　　　　　26619 Interstate 45 South
　　　　　　　　　　　　　　　　　　　　The Woodlands, Texas 77380
　　　　　　　　　　　　　　　　　　　　Telephone: (713) 861-0015
　　　　　　　　　　　　　　　　　　　　Facsimile: (713) 861-0021
　　　　　　　　　　　　　　　　　　　　E-mail: tyler@vosslawfirm.com

　　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF**

/s/ Alicia Murphy
Sterling Elza
Attorney-In-Charge
State Bar No. 24026823
Alicia Murphy
State Bar No. 24095005
306 West 7th Street, Suite 200
Fort Worth, Texas  76102-4905
Telephone: (817) 332-1391
Facsimile:  (817) 870-2427
Email: selza@browndean.com
           amurphy@browndean.com

**ATTORNEY FOR DEFENDANT,
STATE AUTO PROPERTY &
CASUALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 18th day of December, 2015, a true and correct copy of the above and foregoing instrument was forward to all parties by and through their respective attorneys of record and the original was promptly filed with the District Clerk's office of this division.

/s/ Alicia Murphy
Alicia Murphy